```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DARLENE GRAVES FAUST                       CIVIL ACTION

VERSUS                                     NO: 07-9143

THE TRAVELERS INDEMNITY                    SECTION: "J" (5)
COMPANY, ET AL.
```

### ORDER AND REASONS

Before the Court is Defendant Alliance Insurance Agency Services' Motion for Summary Judgment (Rec. Doc. 12).  The motion was originally filed on January 21, 2008 and set for hearing on February 20, 2008.  Hearing on the motion had been continue to April 2, 2008.  To date, no opposition has been filed into the record.

Alliance argues that any claims against it are perempted by operation of LA. REV. STAT. ANN. § 9:5606.  That section provides that "[n]o action for damages against any insurance agent . . . arising out of an engagement to provide insurance services shall be brought unless filed in a court of competent jurisdiction . . . within one year from the date of the alleged act, omission or neglect.  However . . . in all events such actions shall be filed at the latest within three years from the date of the alleged act, omission, or neglect."  Alliance argues that because the

last substantive change in the policy occurred on July 7, 2002, any claim must be perempted under the statute.  In the absence of meaningful opposition, Alliance's argument is well-taken.  Accordingly,

**IT IS ORDERED** that Alliance Insurance Agency Services' Motion for Summary Judgment (Rec. Doc. 12) is **GRANTED**.

New Orleans, Louisiana this the 10th day of April, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE